**Demetric Gray PEARSON,
Plaintiff—Appellant,**

v.

**Mary Ann SAAR, Acting Secretary,
D.P.S.C.S.; William Sondervan,
Doctor, Defendants—Appellees.**

No. 03–7561.

United States Court of Appeals,
Fourth Circuit.

Decided Nov. 19, 2003.

Dec. 5, 2003.

Demetric Gray Pearson, Appellant, pro se.

John Joseph Curran, Jr., Attorney General, Gloria Wilson Shelton, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Demetric Gray Pearson seeks to appeal the district court's order denying his motion to add additional allegations to his 42 U.S.C. § 1983 (2000) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Pearson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*